UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA                Case No. 3:21-cr-00026-MPB-CSW-8

                                        ORDER ON MOTION FOR
v.                                      SENTENCE REDUCTION UNDER
                                        18 U.S.C. § 3582(c)(1)(A)
JOSHUA WILSON                           (COMPASSIONATE RELEASE)


        Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction

in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided

in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☒ DENIED.

☐ DENIED WITHOUT PREJUDICE.

☐ OTHER:

☒ FACTORS CONSIDERED: See attached opinion.

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:21-cr-00026-MPB-CSW |
| | ) | |
| JOSHUA WILSON, | ) | -08 |
| | ) | |
| Defendant. | ) | |

**ORDER**

Defendant Joshua Wilson filed three motions seeking compassionate release under 18 U.S.C. § 3582(c)(1)(A), citing that his grandmother had passed away in a house fire and that he would like to attend the funeral and be with his family. Dkts. 662, 667, 669.

The general rule is that sentences imposed in federal criminal cases are final and may not be modified. 18 U.S.C. § 3582(c). Yet, under one exception to this rule, a court may reduce a sentence of imprisonment "after considering the factors set forth in [18 U.S.C. § 3553(a)] to the extent that they are applicable," if it finds that there are "extraordinary and compelling reasons" that warrant a reduction. 18 U.S.C. § 3582(c)(1)(A)(i).

The Bureau of Prisons' website and this Court's docket reflect that, soon after he filed his compassionate release motion, Mr. Wilson was released from prison and began serving his term of supervised release. See https://www.bop.gov/inmateloc/ (last visited July 28, 2025). Because Mr. Wilson has completed his term of imprisonment, the Court can no longer grant him relief under § 3582(c)(1)(A)(i), and his motions for compassionate release, dkts. [662], [667], and [669], are **denied as moot**.

Because Mr. Wilson has not updated his address with the Court, the Court cannot send him a copy of this Order. He may obtain a copy from the clerk upon request.

**IT IS SO ORDERED.**

Dated:  July 28, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Joshua Wilson
[no current address available; copy available upon request]